

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2021

No. 04-21-00184-CV

**IN THE INTEREST OF K.P.N., D.F.N., AND S.H.N.**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01795
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellee's motion for an extension of time to file its brief is GRANTED. Appellee's brief is due on or before **August 19, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court